IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 11-cv-01204-WJM -CBS | FTR - Reporter Deck-Courtroom A402 |
| Date: June 27, 2011 | Courtroom Deputy: Emily Seamon |

*Parties:*                                                                 *Counsel:*

CHERYL SUNDINE, individually and on behalf of others similarly situated,

Jack D. McInnes

    Plaintiff,

v.

CLIFF HARRIS, and
BRIAN MILLS,

Edmund M. Kennedy

    Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   TELEPHONIC MOTION HEARING**
**Court in session:     4:34 p.m.**
Court calls case. Appearances of counsel.

Discussion between the Court and counsel regarding Defendants' Motion for Order Setting Deadline for Submission of a Joint Responsive Pleading, and a related case.

**ORDERED**:   Defendants' Motion for Order Setting Deadline for Submission of a Joint Responsive Pleading [Docket No. 35, Filed June 22, 2011] is GRANTED.  Defendants have leave to file a joint responsive pleading on or before **June 30, 2011**.

HEARING CONCLUDED.

**Court in recess**:     **4:42 p.m.**
Total time in court:     00:08

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.