**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 11-cv-01204-WJM-CBS

CHERYL SUNDINE, Individually and on behalf of a class of other similarly situated persons

        Plaintiffs,

v.

CLIFF HARRIS, and
BRIAN MILLS

        Defendants.

---

**ORDER GRANTING JOINT STIPULATED MOTION FOR ADMINISTRATIVE
CLOSURE PENDING FINAL APPROVAL OF SETTLEMENT**

---

This matter comes before the Court on the parties' Joint Stipulated Motion for Administrative Closure Pending Final Approval of Settlement (the "Joint Motion"), filed on May 1, 2012 (ECF No. 71).

The Court having reviewed the Joint Motion, and finding good cause to grant the Joint Motion, ORDERS that:

(1)    The parties' Joint Stipulated Motion for Administrative Closure Pending Final Approval of Settlement (ECF No. 71) is GRANTED;

(2)    Pursuant to D.C.COLO.LCivR 41.2, this action is hereby ADMINISTRATIVELY CLOSED; and

(3)    The parties may seek to reopen this action, for good cause shown, after the United States Bankruptcy Court for the District of Maryland issues final approval or disapproval of the settlement entered into between the parties in this action (in

Case No. 11-29380 before that court).

Dated this 3rd day of May, 2012.

BY THE COURT:

_____
William J. Martínez
United States District Judge