**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 11-cv-01204-WJM-CBS

CHERYL SUNDINE, Individually and on behalf of a class of other similarly situated persons,

        Plaintiffs,

v.

CLIFF HARRIS, and
BRIAN MILLS,

        Defendants.

## ORDER GRANTING JOINT MOTION TO DISMISS

This matter comes before the Court on the parties' Joint Report to Court and Stipulation of Dismissal (ECF No. 74) filed June 27, 2012.  The Court having reviewed the record and the motion hereby ORDERS as follows:

The parties' Joint Motion to Dismiss is GRANTED.  The Court FINDS that the approval of the Settlement Agreement by the United States Bankruptcy Court for the District of Maryland, in the matter of *In re PJCOMN Acquisition Corporation*, Case No. 11-29380, is sufficient to satisfy the requirements of Rule 23(e).  This case is accordingly DISMISSED WITH PREJUDICE.

Dated this 27th day of June, 2012.

BY THE COURT:

_____
William J. Martínez
United States District Judge